NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1213

Crosstex Energy Services, LP, Crosstex LIG, LLC and
Crosstex Processing Services, LLC

- - Versus - -

Texas Brine Company, LLC, et al

23rd Judicial District Court
Case #: 34202
Assumption Parish

On Application for Rehearing filed 07/26/2019 by Texas Brine Company

Rehearing    _Denied_

J. Michael McDonald

Toni Manning Higginbotham

William J. Crain

Date    JUL 2 9 2019

Rodd Naquin, Clerk